United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**FILED**
June 10, 2009

Charles R. Fulbruge III
Clerk

No. 07-20899

D.C. Docket No. 4:06-CR-242-1

United States Courts
Southern District of Texas
FILED

JUL 1 3 2009

Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

STEVE ANYANWU STEPHENS,

Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before KING, STEWART, and SOUTHWICK, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: JUL 0 2 2009

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana